**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **MONICA ROBERTS** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 2:18-CV-101** |
| | § | |
| **SINTON INDEPENDENT SCHOOL** | § | |
| **DISTRICT, PARI WHITTEN, in her official and** | § | |
| **Individual capacities, and ESTEBAN SUAREZ,** | § | |
| **in his individual capacity** | § | |
| **Defendants** | § | |

## NOTICE OF INTENT TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT OFFICER ESTEBAN SUAREZ MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE NELVA GONZALES RAMOS, UNITED STATES DISTRICT JUDGE:

**NOW COMES** Defendant Estaban Suarez and gives notice of his intention to file a Reply to Plaintiff's Response to Defendant Officer Estaban Suarez Motion for Summary Judgment [D.E. 20]. Defendant will file his Reply no later than Monday, August 13, 2018.

Respectfully submitted,

By: _s/James McKibben
James McKibben
*Attorney-In-Charge*
Southern District ID No. 914
State Bar No. 13713000
jmckibben@mcv-law.com
Liza Aguilar Wood
*Of Counsel*
State Bar No. 24006741
Federal Admission No. 23222
laguilarwood@mmjw-law.com
Lilia K. Castro
*Of Counsel*
State Bar I.D. No. 24072122
Federal Admission No. 1419334

˅1˅

*McKIBBEN, MARTINEZ, JARVIS & WOOD, L.L.P.*
1100 Tower II - 555 N. Carancahua
Corpus Christi, Texas 78401-0841
Telephone: (361) 882-6611
Facsimile: (361) 883-8353

**ATTORNEY-IN-CHARGE FOR DEFENDANT
ESTEBAN SUAREZ**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded, *VIA*

*ELECTRONIC FILING,* to the below listed counsel, in accordance with the Federal Rules of

Civil Procedure this the 31st of July, 2018.

Peter McGraw
pmmcgraw@trla.org
Jenecia Martinez
jmartinez@trla.org
TEXAS RIOGRANDE LEGAL AID, INC.
1206 East Van Buren St.
Brownsville, Texas 78520
Attorneys for Plaintiff

Phillip McKinney
PHILLIP McKINNEY & ASSOCIATES, PLLC
8207 Callaghan Road, Ste. 100
San Antonio, Texas 78230
Telephone: (210) 308-9829
Fax: (210) 308-9854
Attorney for Defendants Sinton Independent School District and Pari Whitten

s/James McKibben_____