United States District Court
Southern District of Texas
**ENTERED**
December 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MONICA ROBERTS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-101 |
| | § | |
| SINTON INDPENDENT SCHOOL | § | |
| DISTRICT, *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal (D.E. 49), the Court enters final

judgment dismissing this action with prejudice.

ORDERED this 5th day of December, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE